# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| **Genna Steele**, individually and on behalf of a class of all persons and entities similarly situated,<br><br>        Plaintiff,<br><br>-against-<br><br>**EducationDynamics, LLC**,<br><br>        Defendant. | CASE NO. 3:20-cv-00731-KAD |

## DEFENDANT EDUCATIONDYNAMICS, LLC'S MOTION TO DISMISS PLAINTIFF'S CLASS ACTION COMPLAINT AND TO STRIKE CERTAIN ALLEGATIONS

Defendant EducationDynamics, LLC ("Defendant" or "EDDY") moves to dismiss the Complaint dated May 28, 2020 (Dkt. 1, "Complaint" or "Compl.") in its entirety pursuant to Rules 8, 12(b)(1), and 12(b)(6) of the Federal Rules of Civil Procedure, and to strike certain allegations pursuant to Rule 12(f) for the reasons more particularly set forth in the accompanying Memorandum of Law.

WHEREFORE, Defendant respectfully moves the Court to enter an order dismissing the Complaint in its entirety, along with such other, further and different relief as the Court deems just, equitable and proper.

**ORAL ARGUMENT REQUESTED**

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: August 21, 2020 | THE DEFENDANT<br>EDUCATIONDYNAMICS, LLC |

By: */s/ James E. Nealon*
James E. Nealon (ct08161)
WITHERS BERGMAN LLP
1700 East Putnam Avenue, Suite 400
Greenwich, CT 06830-1366
Tele: (203) 302-4100
Fax: (203) 302-6611
James.nealon@withersworldwide.com

- and -

Christine M. Reilly
(*pro hac vice*)
MANATT, PHELPS & PHILLIPS, LLP
2049 Century Park East
Suite 1700
Los Angeles, CA 90067
Tele: (310) 312-4000
CReilly@manatt.com

Danielle C. Newman
(*pro hac vice*)
MANATT, PHELPS & PHILLIPS, LLP
7 Times Square
New York, NY 10036
Tele: (212) 790-4500
DNewman@manatt.com

*Attorneys for Defendant*
*EducationDynamics, LLC*

## **CERTIFICATION OF SERVICE**

I hereby certify that on August 21, 2020, the attached Motion to Dismiss was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

By: /s/ *James E. Nealon*